UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: )<br>)<br>SUBPOENA TO TESTIFY AT A )<br>DEPOSITION IN A CIVIL ACTION )<br>ISSUED TO THOMAS JEFFERSON )<br>HIGH SCHOOL FOR SCIENCE & )<br>TECHNOLOGY ) | MISC NO. _____<br><br>(D. Mass. Case No 1:14-cv-14176-ADB) |

**MOTION OF NON-PARTY THOMAS JEFFERSON HIGH
SCHOOL FOR SCIENCE & TECHNOLOGY TO QUASH SUBPOENA**

Pursuant to Rule 45(d)(3)(A) of the Federal Rules of Civil Procedure, the Fairfax County School Board ("FCSB") moves to quash the subpoena served by Students for Fair Admissions, Inc. ("SFFA") on non-party Thomas Jefferson High School for Science & Technology ("Thomas Jefferson High School"). SFFA is the plaintiff in a matter currently pending in the United States District Court for the District of Massachusetts captioned *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College (Harvard Corporation)*, Civil Action No. 1:14-cv-14176-ADB. SFFA served a subpoena on Thomas Jefferson High School on February 27, 2017 compelling Thomas Jefferson High School to designate a 30(b)(6) representative to appear and give testimony at a deposition, and seeking production of documents. Thomas Jefferson High School is a public high school located in Fairfax County, Virginia and is operated by the FCSB. The subpoena places an undue burden on Thomas Jefferson High School and the FCSB, which are not parties to the lawsuit, by requesting irrelevant information that SFFA can obtain from other sources. For the reasons explained in the accompanying brief, SFFA has no legitimate basis for obtaining deposition testimony or documents from Thomas Jefferson High School or

1

any of its employees. Accordingly, Thomas Jefferson High School respectfully requests that this Court quash SFFA's subpoena.

Prior to filing this motion and consistent with Local Civil Rule 37(E), counsel for FCSB spoke with counsel for SFFA on March 22, 2017 in a good faith attempt to resolve this matter without court intervention, but was unable to do so.

Date: March 23, 2017

OF COUNSEL:
Maree F. Sneed
Michele E. Gutrick
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
Maree.sneed@hoganlovells.com
Michele.gutrick@hoganlovells.com

Respectfully Submitted,

HOGAN LOVELLS US LLP

By:   /s/
Christopher T. Pickens (VSB No. 75307)
Park Place II, Ninth Floor
7930 Jones Branch Drive
Mclean, VA 22102-3302
Tel: (703) 610-6100
Fax: (703) 610-6200
Christopher.pickens@hoganlovells.com

*Counsel for the Fairfax County School Board on behalf of Thomas Jefferson High School of Science & Technology*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2017, a true copy of the foregoing was sent via first class mail, postage prepaid, and e-mail to the following:

Michael H. Park
Consovoy McCarthy Park PLLC
3 Columbus Circle, 15th Floor
New York, NY 10024
(646) 456-4432
Email: park@consovoymccarthy.com

Benjamin C. Caldwell
Burns & Levinson LLP
One Citizens Plaza
Suite 1100
Providence, RI 02903
401-831-8330
Email: bcaldwell@burnslev.com

*/s/*
Christopher T. Pickens (VSB No. 75307)
HOGAN LOVELLS US LLP
Park Place II, Ninth Floor
7930 Jones Branch Drive
Mclean, VA 22102-3302
Tel: (703) 610-6100
Fax: (703) 610-6200
Christopher.pickens@hoganlovells.com

*Counsel for the Fairfax County School Board on behalf of Thomas Jefferson High School of Science & Technology*

3