IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re:<br><br>SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION ISSUED TO THOMAS JEFFERSON HIGH SCHOOL FOR SCIENCE & TECHNOLOGY | MISC NO.: 1:17-mc-00007-TSE-IDD<br><br>(D. Mass. Case No.: 1:14-cv-14176-ADB) |

NOTICE OF HEARING ON NON-PARTY THOMAS JEFFERSON HIGH SCHOOL FOR SCIENCE & TECHNOLOGY'S MOTION TO QUASH SUBPOENA

Please take notice that, pursuant to Local Rule 7(E), non-party Fairfax County School Board, on behalf of non-party Thomas Jefferson High School for Science & Technology, will bring its Motion to Quash Subpoena, filed March 23, 2017, (ECF No. 1), before the Court for hearing on April 21, 2017 at 10:00 a.m., or as soon thereafter as it may be heard. Counsel for movant has conferred with opposing counsel, who stated they are available on April 21, 2017.

Dated: March 31, 2017

Respectfully submitted,

HOGAN LOVELLS US LLP

OF COUNSEL:
Maree F. Sneed
Michele E. Gutrick
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
maree.sneed@hoganlovells.com
michele.gutrick@hoganlovells.com

By:  /s/
Christopher T. Pickens (VSB No. 75307)
Park Place II, Ninth Floor
7930 Jones Branch Drive
McLean, VA 22102-3302
Tel: (703) 610-6100
Fax: (703) 610-6200
christopher.pickens@hoganlovells.com

*Counsel for the Fairfax County School Board on behalf of Thomas Jefferson High School for Science & Technology*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2017, a true copy of the foregoing was sent via electronic and first class mail, postage prepaid, to the following:

>Michael H. Park
>Consovoy McCarthy Park PLLC
>3 Columbus Circle, 15th Floor
>New York, NY 10024
>(646) 456-4432
>Email: park@consovoymccarthy.com
>
>Benjamin C. Caldwell
>Burns & Levinson LLP
>One Citizens Plaza
>Suite 1100
>Providence, RI 02903
>401-831-8330
>Email: bcaldwell@burnslev.com

>/s/
>Christopher T. Pickens (VSB No. 75307)
>HOGAN LOVELS US LLP
>Park Place II, Ninth Floor
>7930 Jones Branch Drive
>Mclean, VA 22102-3302
>Tel: (703) 610-6100
>Fax: (703) 610-6200
>christopher.pickens@hoganlovells.com
>
>*Counsel for the Fairfax County School Board on behalf of Thomas Jefferson High School for Science & Technology*