UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re:<br><br>SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION ISSUED TO THOMAS JEFFERSON HIGH SCHOOL FOR SCIENCE & TECHNOLOGY | No.  1:17-MC-00007-TSE-IDD |

### CORPORATE DISCLOSURE STATEMENT OF
### PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Pursuant to Local Civil Rule 7.1, Defendant President and Fellows of Harvard College states that it is a non-profit corporation with no parent corporation and that no public company owns any interest in it.

Respectfully submitted,

PRESIDENT AND FELLOWS OF
   HARVARD COLLEGE

By its attorney,

/s/ Gregory H. Lantier
Gregory H. Lantier (VA 65657)
Thomas Kost (VA 85866)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel:  (202) 663-6327
Fax:  (202) 663-6363
gregory.lantier@wilmerhale.com
Dated: April 13, 2017

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2017, this document was filed electronically with the Clerk of Court using the CM/ECF system, which will notify the following of such filing:

Christopher T. Pickens (VA 75307)
HOGAN LOVELLS US LLP
Park Place II, Ninth Floor
7930 Jones Branch Drive
McLean, VA 22102-3302
Tel: (703) 610-6100
Fax: (703) 610-6200
christopher.pickens@hoganlovells.com
*Counsel for the Fairfax County School Board on behalf of Thomas Jefferson High School for Science & Technology*

J. Michael Connolly (VA 77632)
Bryan K. Weir (VA 82787)
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Tel: (703) 243-9423
Fax: (703) 243-9423
mike@consovoymccarthy.com
bryan@consovoymccarthy.com
*Counsel for Students for Fair Admissions, Inc.*

                                            /s/ Gregory H. Lantier
                                            Gregory H. Lantier